## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**JEROME HAYES,**

    *Plaintiff*,

v.                        **Case No.: 4:23cv184-MW/MAF**

**OFFICER BENETT, et al.,**

    *Defendants*.

_____/

## ORDER REJECTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 7. The Magistrate Judge recommends dismissal for failure to prosecute and failure to comply with a Court Order, noting that it appears Plaintiff has abandoned this litigation. However, this Court received a partial payment of the filing fee on June 26, 2023. *See* ECF No. 8. Thus, it does not appear that Plaintiff has abandoned this litigation. Accordingly, this Court **rejects** the report and recommendation, ECF No. 7.

On its own motion, this Court grants Plaintiff an additional thirty days to file an amended complaint consistent with the Magistrate Judge's prior order, ECF No.

6. This case is remanded to the Magistrate Judge for further proceedings consistent with this Order.

   **SO ORDERED on July 19, 2023.**

        **s/Mark E. Walker     **
        **Chief United States District Judge**