UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

**AMENDED**
**CIVIL RIGHTS COMPLAINT FORM FOR**
**PRO SE PRISONER LITIGANTS IN ACTIONS UNDER**
**28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983**

JEROME HAYES,

Inmate ID Number: #124113,

*(Write your full name and inmate ID number.)*

Provided to Walton CI
On 10-30-23 for Mailing
By (officer initials) _me  IH_

Case No.: 4:23 cv 184-MW-MAF
*(To be filled in by the Clerk's Office)*

v.

Sgt. Bennett,

LT. DOC,

LT. Lurry ETC.,

*(Write the full name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Jury Trial Requested?**
☑ YES  ☐ NO

FILED USDC FLND TL
NOV 3 '23 PM4:52

## I. PARTIES TO THIS COMPLAINT

A. Plaintiff

Plaintiff's Name: **JEROME HAYES**    ID Number: **124113**

List all other names by which you have been known: _____

Current Institution: **Walton Correctional Institution**

Address: **691 Institution Road**

**DeFuniak Springs, Fla 32433**

B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *each and every* Defendant:

1. Defendant's Name: **Officer Bennett**

   Official Position: **Sgt.**

   Employed at: **Wakulla Annex**

   Mailing Address: **110 melaleca dr. Crawfordville, Florida 32327**

   ☐ Sued in Individual Capacity        ☑ Sued in Official Capacity

2. Defendant's Name: Officer Lurry

   Official Position: L.T.

   Employed at: Wakulla Annex

   Mailing Address: 110 melaleca dr.

   Crawfordville Fla. 32327

   ☐ Sued in Individual Capacity        ☒ Sued in Official Capacity

3. Defendant's Name: Officer DOC

   Official Position: LT.

   Employed at: Wakulla Annex

   Mailing Address: 110 melaleca dr.

   Crawfordville Fla. 32327

   ☐ Sued in Individual Capacity        ☒ Sued in Official Capacity

   (*Provide this information for all additional Defendants in this case by attaching additional pages, as needed.*)

## II. BASIS FOR JURISDICTION UNDER 28 U.S.C. § 1331 or § 1346

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)        ☑ State/Local Officials (*§ 1983 case*)

## III. PRISONER STATUS

Indicate your confined status:

☐ Pretrial Detainee              ☐ Civilly Committed Detainee

☑ Convicted State Prisoner       ☐ Convicted Federal Prisoner

☐ Immigration Detainee           ☐ Other (*explain below*):

_____

_____

## IV. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* showing why you are entitled to relief. Describe how *each* Defendant was involved and what each Defendant did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short, numbered paragraphs, limited as far as practicable to a single event or incident. ***Do not make legal arguments, quote cases, cite statutes, or reference a memorandum.*** You may make copies of page 6 if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. Exhibits attached to

the complaint will count as part of your page limitation. Therefore, do not attach irrelevant or unnecessary exhibits. Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.

On Feburary 22, 2022, Housed in Dorm #O'4, Room/Bunk #207s. Inmate Hayes, Jerome DC# 124133 Sustained Severe Injuries to Left eye and lip during a mental Episode Cell extraction. During the Cell extraction Inmate Hayes, Jerome was illegally punched in the eye and lip by Sgt. Bennett, resulting in a Closed black eye and bloody busted lip. LT. Lurry witnessed Sgt. Bennett lose his professionalism as a officer, and attacked Inmate Hayes, using tactics from his trained experience as a fighter not experience as a trained Correctional officer. LT. Lurry, Sgt. Bennett, further violated the rules of policy and procedure, by not giving full body Scan with Camera used for Cell extraction, so that the Camera Could detect any and all transparent visible Injuries. Mental Health doctors, Mr. Miller, Ms. Jones, MHP, and Ms. Stokes, Mental Health Conselor, when

**Statement of Facts Continued** (*Page____of____*)

Seen noticed that Inmate Hayes Jerome DC# 124113 had Severe bodily Injuries, and advised officers to escort Inmate Hayes Jerome #DC 124133 to Medical for treatment of Injuries. Sgt. Bennett, LT. Lurry used excessive and Unnecessary force need to help Inmate During Mental episode Cell extraction. Inmate Hayes, Jerome DC. 124133, Suffered Unnecessary Injuries from a Cell extraction, of a Inmate with Mental Illnesses. Inmate Hayes, Jerome has exhausted all grievance procedures with Several Informal Grievances being Approved, and Sent to Inspector General for Investigation. LT. DOC was also an officers whom recorded incident using 1 of 2 Video Camera used to record extraction. Due to to Utmost Negligence and inadequate Care, Custody, and Control, officers Violated Several of My Constitution Rights during extraction.

## V. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section IV. If more than one Defendant is named, indicate which claim is presented against which Defendant.

Acted under Color of law, Amendment 14, and Diliberate Indifference of a Serious Medical need.

## VI. RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought and explain the basis for the claims.

Actual damage Claim in the amount of $50,000.00 for Violating act of Color of a officer of law, and Committing a aggravated Battery against a Mental Illness Inmate, and all other punitive damage to Inmate.

## VII. EXHAUSTION OF ADMINISTRATIVE REMEDIES

The Prison Litigation Reform Act ("PLRA") requires prisoners to exhaust all available administrative remedies (*grievance procedures*) before bringing a case. 42 U.S.C. § 1997e(a). **ATTENTION:** *If you did not exhaust available remedies prior to filing this case, this case may be dismissed.* If the case is dismissed for failure to exhaust or for any reason, you will still be required to pay the full filing fee and the dismissal may count as a "strike" under 28 U.S.C. § 1915(g). Therefore, please consider whether you have fully exhausted your remedies before proceeding with this action.

## VIII. PRIOR LITIGATION

*This section requires you to identify your prior litigation history. Be advised that failure to disclose all prior state and federal cases—including, but not limited to civil cases, habeas cases, and appeals—may result in the dismissal of this case. You should err on the side of caution if you are uncertain whether a case should be identified.*

**ATTENTION:** *The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while*

*incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you had any case in federal court, including federal appellate court, dismissed as frivolous, as malicious, for failure to state a claim, or prior to service?

☐ YES   ☒ NO

If "Yes," identify the case number, date of dismissal, and court for each case:

1. Date: __N/A__ Case #: __N/A__

   Court: __N/A__

   Reason: __N/A__

2. Date: __N/A__ Case #: __N/A__

   Court: __N/A__

   Reason: __N/A__

3. Date: __N/A__ Case #: __N/A__

   Court: __N/A__

   Reason: __N/A__

*(If necessary, list additional cases on an attached page)*

B. Have you filed other lawsuits or appeals in **state or federal court** dealing with the same facts or issue involved in this case?

☐ YES ☒ NO

If "Yes," identify the case number, parties, date filed, result (*if not still pending*), name of judge, and court for each case (*if more than one*):

1. Case #: __N/A__  Parties: __N/A__

   Court: __N/A__  Judge: __N/A__

   Date Filed: __N/A__  Dismissal Date (*if not pending*): __N/A__

   Reason: __N/A__

2. Case #: __N/A__  Parties: __N/A__

   Court: __N/A__  Judge: __N/A__

   Date Filed: __N/A__  Dismissal Date (*if not pending*): __N/A__

   Reason: __N/A__

*(If necessary, list additional cases on an attached page)*

C. Have you filed any other lawsuit, habeas corpus petition, or appeal in **state or federal court** either challenging your conviction or relating to the conditions of your confinement?

☐ YES ☒ NO

If "Yes," identify all lawsuits, petitions and appeals:

1. Case #: N/A        Parties: N/A

   Court: N/A         Judge: N/A

   Date Filed: N/A    Dismissal Date (*if not pending*): N/A

   Reason: N/A

2. Case #: N/A        Parties: N/A

   Court: N/A         Judge: N/A

   Date Filed: N/A    Dismissal Date (*if not pending*): N/A

   Reason: N/A

3. Case #: N/A        Parties: N/A

   Court: N/A         Judge: N/A

   Date Filed: N/A    Dismissal Date (*if not pending*): N/A

   Reason: N/A

4. Case #: N/A        Parties: N/A

   Court: N/A         Judge: N/A

   Date Filed: N/A    Dismissal Date (*if not pending*): N/A

   Reason: N/A

5. Case #: N/A        Parties: N/A

   Court: N/A         Judge: N/A

   Date Filed: N/A    Dismissal Date (*if not pending*): N/A

   Reason: N/A

6. Case #: __N/A__  Parties: __N/A__

    Court: __N/A__  Judge: __N/A__

    Date Filed: __N/A__  Dismissal Date (*if not pending*): __N/A__

    Reason: __N/A__

(*Attach additional pages as necessary to list all cases.*)

## IX. CERTIFICATION

1. I declare, under penalty of perjury, that all of the information stated above and included on or with this form, including my litigation history, is true and correct.

2. Additionally, as required by Federal Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non- frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

3. I understand it is my obligation to timely notify the Clerk's Office if there is any change to my mailing address and that my failure to do so may result in a dismissal of the action.

Date: 10/30/23 Plaintiff's Signature: *Jerome Hayes*

Printed Name of Plaintiff: Jerome Hayes

Correctional Institution: Walton Correctional Institution

Address: 691 Institution Rd.
DeFuniak Springs, Fl 32433

**I certify and declare, under penalty of perjury, that this complaint was** (*check one*) ☑ **delivered to prison officials for mailing or** ☐ **deposited in the prison's mail system for mailing on the** 10 **day of** 30 **, 20**23**.**

Signature of Incarcerated Plaintiff: *Jerome Hayes*

James, Jerome, DC# 124113
Walton Correctional Institution
691 Institution Rd.
DeFuniak Springs, FL 32433
LEGAL MAIL

Mailed From a
Correctional
Institution

Clerk of the Courts
UNITED STATES DISTRICT COURT
Northern District of Florida
111 North Adams Street, Ste 322
Tallahassee, Florida 32301-7730