IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JEROME HAYES,**

*Plaintiff*,

v.  Case No.: 4:23cv184-MW/MAF

**SERGEANT BENNETT, et al.,**

*Defendants*.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 44. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 44, is **accepted and adopted** as this Court's opinion. Defendants' motion to dismiss, ECF No. 35, is **GRANTED**, and Plaintiff's second amended complaint, ECF No. 14, is **DISMISSED without prejudice**.

Plaintiff's request to file a third amended complaint is **GRANTED**. Plaintiff's third amended complaint is due **on or before August 2, 2024**. This case is remanded

to the Magistrate Judge for further proceedings consistent with this Order.

**SO ORDERED on July 16, 2024.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**
